IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-91-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOEL DEVON ARTIS, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motions for a reduction of his sentence [D.E. 81]. The response is due not later than July 28, 2016.

SO ORDERED. This 23 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge